AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| RICHARD COOK | ) Case: 1:23−mj−00052 |
| DOB: XXXXXX | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/7/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of ____Columbia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | - Civil Disorder; |
| 18 U.S.C. § 1752(a)(1) | - Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(4) | - Engaging in Physical Violence in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(E) | - Obstruct, or Impede Passage, through or within, the Grounds or any of the Capitol Buildings; |
| 40 U.S.C. § 5104(e)(2)(F) | - Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____03/07/2023____

*Judge's signature*

City and state: ____Washington, D.C.____   G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*