AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

07 MAR 2023 PM03:05
USM S/FL:WST PLM BCH - C04

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-MJ 00052 |
| RICHARD COOK | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RICHARD COOK ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Obstruct, or Impede Passage, through or within, the Grounds or any of the Capitol Buildings;
40 U.S.C. § 5104(e)(2)(F) - Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings.

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.03.07 11:00:42 -05'00'

Date: 03/07/2023

*Issuing officer's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/07/2023, and the person was arrested on *(date)* 3/9/2023
at *(city and state)* West Palm Beach, FL .

Date: 3/9/2023

*Arresting officer's signature*

Special Agent Christopher Anderson
*Printed name and title*